Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:    (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Carol Sprock*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Sprock,<br><br>             Plaintiff,<br><br>      v.<br><br>Aetna Life Insurance Company; Penn Foster, Inc.; Penn Foster, Inc. Long Term Disability Plan,<br><br>             Defendants. | Case No.  2:13-cv-00300-NVW<br><br>**NOTICE OF SETTLEMENT** |

     Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

     RESPECTFULLY SUBMITTED this 20th day of November, 2013.

                                   SCOTT E. DAVIS, P.C.

                                   By:   /s/*Scott E. Davis*
                                         Scott E. Davis
                                         Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 20, 2013 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew G. Kleiner, Esq.
Gordon & Rees LLP
111 West Monroe Street, Suite 1600
Phoenix, AZ  85003
Telephone: (602) 794-2460
Facsimile:  (602) 265-4716
Email: mkleiner@gordonrees.com


By:___*/s/ Lisa L. Martinez*_____
An Employee of Scott E. Davis, P.C.