Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Carol Sprock*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Carol Sprock,<br><br>            Plaintiff,<br><br>     v.<br><br>Aetna Life Insurance Company; Penn Foster, Inc.; Penn Foster, Inc. Long Term Disability Plan,<br><br>            Defendants. | Case No.  2:13-cv-00300-NVW<br><br>**STIPULATION FOR EXTENSION OF UNTIL FEBRUARY 10, 2014 FOR THE COURT TO DISMISS THIS MATTER**<br><br>**(SECOND REQUEST)** |

On December 19, 2013, the parties requested the Court (Dkt. 35) grant an extension of until January 20, 2014 for the parties to file the appropriate dismissal documents.

On December 19, 2013, the Court issued an Order (Dkt. 36) informing the parties this matter would be dismissed with prejudice on January 21, 2014.

The parties are hereby requesting the Court grant an extension of until February 10, 2014 for the parties to file the appropriate dismissal documents.  At this time, the parties have finalized the terms of the settlement documentation, but are waiting on the

distribution of the settlement proceeds to Plaintiff.  The parties anticipate Plaintiff's receipt of the settlement proceeds by February 10, 2014.  If Plaintiff receives the settlement proceeds prior to February 10, 2014, the parties will notify the Court immediately.

RESPECTFULLY SUBMITTED this 21st day of January, 2014.

| GORDON & REES, LLP | SCOTT E. DAVIS, P.C. |
|---|---|
| By: */s/ Matthew G. Kleiner* <br>     Matthew G. Kleiner <br>     Attorney for Defendant | By:   /s/*Scott E. Davis* <br>     Scott E. Davis <br>     Attorney for Plaintiff |